In the Matter of the Claim of ARTHUR DINETZ, Respondent-Appellant, v. BRAND JEWELERS et al., Appellants-Respondents, and BRESSNER COLORVISION Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.